TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00140-CR







Armando Moran, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NO. 3021024, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Mr. Erick A. Bovik, is ordered to tender a brief in this cause no later than July 21, 2004. No further
extension of time will be granted.

It is ordered July 8, 2004.


Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish